UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION


DONUTNV FRANCHISING, INC.,

     Plaintiff,

v.                                                                Case No.: 5:26-cv-369-JEP-PRL

CRAWFORD SALES &
MARKETING LLC, JAMES
CRAWFORD and ESTELA
CRAWFORD,

     Defendants.
                              /

DONUTNV FRANCHISING, INC.,

     Plaintiff,

v.                                                                Case No.: 5:26-cv-370-JEP-PRL

AUSTENITE 1250 LLC and
MICHAEL SADLER,

     Defendants.
                              /

DONUTNV FRANCHISING, INC.,

     Plaintiff,

v.                                                                Case No.: 5:26-cv-371-JEP-PRL

DAM BROTHERS LLC,
NICHOLAS A. FLEMING and
ELIZABETH A. FLEMING,

Defendants.

_____/

DONUTNV FRANCHISING, INC.,

      Plaintiff,

v.                                                              Case No.: 5:26-cv-372-JEP-PRL

DROPPING DONUTS LLC,
MATTHEW LEE HUGHEY and
TANYA R. HUGHEY,

      Defendants.

_____/

DONUTNV FRANCHISING, INC.,

      Plaintiff,

v.                                                              Case No.: 5:26-cv-373-JEP-PRL

ELEVEN NINE LLC and ANGELA
HANSON,

      Defendants.

_____/

DONUTNV FRANCHISING, INC.,

      Plaintiff,

v.                                                              Case No.: 5:26-cv-374-JEP-PRL

GARZA DONUTS LLC,
CHRISTIAN GARZA and
JUANITA YAZMIN GARZA,

      Defendants.

_____/

2

DONUTNV FRANCHISING, INC.,

     Plaintiff,

v.                                  Case No.: 5:26-cv-375-JEP-PRL

KARLY THOMPSON, KARLY
THOMPSON VENTURES LLC and
MALCOLM THOMPSON III,

     Defendants.

                                /

DONUTNV FRANCHISING, INC.,

     Plaintiff,

v.                                  Case No.: 5:26-cv-376-JEP-PRL

LBC DONUTS, LLC, DANIEL
COOK and CINDY COOK,

     Defendants.

                                /

DONUTNV FRANCHISING, INC.,

     Plaintiff,

v.                                  Case No.: 5:26-cv-377-JEP-PRL

LOOKOUT MOUNTAIN
ENTERPRISE, LLC, DOIES LEE
ALFORD III and KAYLA ALFORD,

     Defendants.

                                /

DONUTNV FRANCHISING, INC.,

     Plaintiff,

3

v.

PURPLE CIRCLES INC. and
MATTHEW FURMAN,

    Defendants.

_____ /

DONUTNV FRANCHISING, INC.,

    Plaintiff,

v.

RSP VENTURES INC. and
REBECCA R PYLES,

    Defendants.

_____ /

DONUTNV FRANCHISING, INC.,

    Plaintiff,

v.

THOMPSON DONUTS INC.,
ZACHARY THOMPSON and
MICHAELA THOMPSON,

    Defendants.

_____ /

Case No.: 5:26-cv-378-JEP-PRL

Case No.: 5:26-cv-379-JEP-PRL

Case No.: 5:26-cv-380-JEP-PRL

## **ORDER**

**THIS CAUSE** is before this Court upon *sua sponte* review. Plaintiff has

filed twelve separate actions against various Defendants. All cases appear to

4

arise from similar contracts, which Defendants have allegedly breached by initiating a joint arbitration action against Plaintiff.

"If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a)(2). These cases share common questions of law and fact. Specifically, the same Plaintiff brings these cases against similarly situated Defendants, alleges the same or similar conduct, and asserts the same grounds for relief.

Accordingly, it is **ORDERED** that Plaintiff shall show cause, on or before **July 14, 2026**, why the above-listed cases should not be consolidated. The Clerk is directed to file this Order in the above-listed cases.

**DONE** and **ORDERED** in Jacksonville, Florida on July 2, 2026.

 

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

5